NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-11-0000676**
**07-JUN-2012**
**10:35 AM**

NO. CAAP-11-0000676

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

SHALLENE ALAYON, Claimant-Appellant, Cross-Appellee,
v.
URBAN MANAGEMENT CORPORATION and
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY, INC.,
Employer/Insurance Carrier-Appellee, Cross-Appellant

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2008-221 (2-05-10803))

ORDER GRANTING THE STIPULATION TO DISMISS CROSS-APPEAL
(By: Foley, Presiding Judge, Fujise and Ginoza, JJ.)

Upon consideration of the "Stipulation to Dismiss Cross-Appeal filed on September 20, 2011," filed on May 29, 2012, the papers in support, and the records and files herein, it appears that: (1) on September 13, 2011, Claimant-Appellant Shallene Alayon filed a notice of appeal; (2) on September 20, 2011, Employer Urban Management Corporation and Insurance Carrier Hawaii Employers' Mutual Insurance Company, Inc. filed a notice of cross-appeal; (3) the parties are stipulating to dismiss the cross-appeal with the parties to bear their own appellate costs

and fees related to the cross-appeal; and (4) Claimant-Appellant's appeal will remain pending. Therefore,

IT IS HEREBY ORDERED that the stipulation to dismiss the cross-appeal is approved, and the cross-appeal is dismissed. The parties shall bear their own appellate costs and fees related to the cross-appeal. Claimant-Appellant's appeal remains pending.

DATED: Honolulu, Hawaiʻi, June 7, 2012.

Presiding Judge

Associate Judge

Associate Judge